IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CLARENCE L DUNSON,

    Plaintiff,

v.                                            CASE NO. 5:09-cv-00336-RS-GRJ

ALL MEDICAL NURSES, et al,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on doc. 36, Plaintiff's Motion for extension of time to file a fourth amended complaint. Plaintiff claims that he has been beaten and is now in administrative confinement without access to legal materials necessary to prepare the fourth amended complaint. The motion (Doc. 36) is **GRANTED**, and Plaintiff shall have through **January 24, 2011**, to file a fourth amended complaint.

**DONE AND ORDERED** this 23rd day of December, 2010.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge