IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CLARENCE L DUNSON,

    Plaintiff,

v.                                                    CASE NO. 5:09-cv-00336-RS-GRJ

ALL MEDICAL NURSES
UNDER BIBVIN, et al,

    Defendants.

_____/

## **O R D E R**

Plaintiff filed this lawsuit more than one year ago on October 7, 2009. The complaint contains only general allegations against medical staff at Jackson Correctional Institution and other persons at the Department of Corrections Central Office. (Doc. 1). In his third amended complaint, Plaintiff purports to bring claims against staff at Union Correctional Institution alleging that he had been denied medical care and was being forced to work beyond his physical capabilities. (Doc. 32.) Because Plaintiff did not assert specific claims against the named defendants, he was again ordered to file an amended complaint. (Doc. 35.) Plaintiff requested and received a short extension of time to file the fourth amended complaint (Docs. 36 and 37.) Rather than filing a fourth amended complaint Plaintiff filed two motions, which the Court construes together as a request to dismiss this cause of action. (Docs. 38 and 39.)

In Plaintiff's first motion he states that he is "withdrawing all of my Amended Complaint[s]," and that he will seek relief with the Department of Justice. (Doc. 38.)

Plaintiff's second motion is entitled "Plaintiff Motion to Default," in which he complains about the failure of his case to proceed timely because the defendants never served any papers. Plaintiff repeats his request to "Stop, terminate, defeat all of my amended complaint in your Court Case #5:09cv336-RS-GRJ," and again represents that "I am going with the justice department with my abuse complaints on this institution." (Doc. 39). Although Plaintiff raises the issue of default in this second motion, he is clearly not entitled to entry of default since none of the pleadings have been served. Based upon the intent of the two motions it is evident that Plaintiff is requesting the Court to dismiss his case so that he may pursue his claims through another avenue of relief.

Accordingly, it is **ORDERED:**

Plaintiff's motions (docs. 38 and 39), construed as a request to voluntarily dismiss this cause of action, are **GRANTED** and this cause is **DISMISSED** without prejudice.

**DONE AND ORDERED** this 12th day of January, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge