IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CLARENCE L DUNSON,

    Plaintiff,

v.                                                            CASE NO. 5:09-cv-00336-RS-GRJ

ALL MEDICAL NURSES
UNDER BIBVIN, et al,

    Defendants.

_____/

## **O R D E R**

Plaintiff filed a Notice of Appeal to the United States Court of Appeals for the Eleventh Circuit on January 31, 2011. (Doc. 42.) After Plaintiff filed the Notice of Appeal, Plaintiff filed several motions requesting further action by this Court. Among other requests for relief, Plaintiff advised the Court that he did not voluntarily request dismissal of his case but instead wanted to proceed with his claims. However, because the Court was deprived of jurisdiction after the notice of appeal was filed, the Court advised Plaintiff in the Court's Order dated March 4, 2011 (Doc. 52) that if Plaintiff wants this court to entertain his motion to reopen the case either the appeal must be dismissed or the matter remanded to this Court by the Eleventh Circuit.

Plaintiff has now filed a letter to the Court requesting assistance from the Court. Attached to the letter are several motions, none of which are dated or signed. These motions include: (1) Motion For Extension of Time, (2) Plaintiff's Motion For Leave To Amend 1983 Civil Right Complaint, and (3) Motion to Dismiss Appeal And Reopen Claim.

With regard to the Motion to Dismiss Appeal Plaintiff should have filed the Motion to Dismiss Appeal with the Clerk of the Eleventh Circuit and not with the Clerk of this Court. Under most circumstances the Court could direct the clerk to forward the motion to dismiss appeal to the Eleventh Circuit for action. In this instance the Court cannot do so because Plaintiff's Motion to Dismiss Appeal is not dated and is not signed by the Plaintiff, as required by Rule 11 of the Federal Rule of Civil Procedure.

Accordingly, to the extent that Plaintiff wants to dismiss his appeal, he should sign and date his Motion to Dismiss Appeal, include the Eleventh Circuit case number 11-10455-I on the motion and file the motion with the Clerk of the United States Court of Appeals for the Eleventh Circuit, Elbert P. Tuttle Court of Appeals Building, 56 Forsyth Street, N.W., Atlanta, GA 30303. Until such time as the Eleventh Circuit dismisses the appeal or remands the case to this court for further action, the Court is not permitted to grant Plaintiff the relief he seeks.

**DONE AND ORDERED** in Gainesville, Florida this 23rd day of March, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge