IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CLARENCE L. DUNSON,

     Plaintiff,

v.                            Case No.: 5:09-cv-336-RS-GRJ

 UNITED STATES OF AMERICA, et al.,

     Defendants.
_____/

## O R D E R

Pending before the Court is a letter from Plaintiff requesting copies of the motions that he has filed in this case. (Doc. 58.)  In support of his request, Plaintiff states that the correctional officer that works in the law library at the institution where Plaintiff is currently incarcerated will not provide Plaintiff with any copies of the motions that Plaintiff has filed in this case.

Pro se litigants are not entitled to free copies of court documents merely by virtue of their pauper status.  *Harless v. United States*, 329 F.2d 397, 398-99 (5th Cir. 1964)("The statutory right to proceed in forma pauperis does not include the right to obtain copies of court orders, indictments, and transcript of record, without payment therefor, for use in proposed or prospective litigation."); *Pearson v. Green*, No. 3:06-CV-175-RS, 2006 WL 1529495, at *1 (N.D. Fla. May 31, 2006) ("regardless of plaintiff's status as a pauper in any case, he is not entitled to free copies of the court files in his civil cases").  Plaintiff is not entitled to free copies of the requested documents at the Court's expense.  Plaintiff may, however, obtain copies of any documents in this case

by forwarding to the clerk a request for copies with payment in the amount of $0.50 per

page for the requested documents.

Accordingly, it is **ORDERED** that:

1.    Plaintiff's motion requesting copies of his motions (Doc. 58) is **DENIED.**
The Clerk is instructed to terminate this document as a pending motion.

2.    If Plaintiff wishes to obtain copies of any documents in this case he may
submit a request to the Clerk along with payment in the amount of $0.50
per page for the requested documents.

**DONE AND ORDERED** this 20th day of June 2011.

*s/Gary R. Jones*

GARY R. JONES
United States Magistrate Judge