IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**CLARENCE L. DUNSON,**

    **Plaintiff,**

vs.          **CASE NO. 5:09-cv-336/RS-GRJ**

**WARDEN REDDIN, et al.,**

    **Defendants.**

_____ /

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 69). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The case is **dismissed without prejudice** pursuant to 28 U.S.C. §1915A for abuse of the judicial process.

3. The dismissal of this case counts as a strike pursuant to 28 U.S.C. § 1915(g).

4. The clerk is directed to close the file.

**ORDERED** on January 5, 2012.

        /S/ Richard Smoak
        **RICHARD SMOAK**
        **UNITED STATES DISTRICT JUDGE**